LEOCADIA SCHAAD, Respondent, *v.* GEORGE M. EDEBOHLS,
Appellant.

APPEAL from so much of an order as denies defendant's
motion to make the complaint more definite and certain and
to separately state alleged different causes of action.

*Purrington & Shannon*, for appellant.

*G. B. Boyd*, for respondent.

FREEDMAN, J. The complaint states but one cause of
action, and it is sufficiently definite and certain. If the defend-
ant had complained of the prolixity and redundancy of the
complaint, he might have met with better success. What he
really sought to obtain was the particulars of certain allega-
tions, and his remedy for that purpose was by motion for a
bill of particulars.

The order should be affirmed, with ten dollars costs and
disbursements.

McADAM, J., concurs.
Order affirmed, with ten dollars costs and disbursements.